IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

*3:39 pm, 9/15/17*

**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

v.

MARCO CASTRO-CRUZ

Criminal No. 14-cr-00007-J

Consent to Transfer of Case
for Plea and Sentence
*(Under Rule 20)*

I, Marco Castro-Cruz, defendant, have been informed that an __Indictment__ is pending against me in the above designated cause. I wish to plead __Guilty to Count One of the Indictment__, and to consent to the disposition of the case in the District of __Colorado__ in which I __am arrested and detained in US Marshall's custody__ and to waive trial in the above captioned District.

Dated: 9/15/17   at 12 p/2

_Marco Castro Cruz_
(Defendant)

_[signature]_
(Witness)

_[signature]_
(Counsel for Defendant)

Approved:

_Guy T[signature]_
Special Attorney to the U.S. Attorney General

_[signature]_
Acting United States Attorney

_Guy T[signature]_
Assistant United States Attorney for the District of Colorado

_[signature]_
Acting United States Attorney

FORM USA-153