Case No. 1:17-cr-00334-CMA    Document 1-2    filed 09/19/17    USDC Colorado    pg 1
of 2
Case 2:14-cr-00007-ABJ    Document 1    Filed 01/15/14    Page 4 of 5

## PENALTY SUMMARY

**DEFENDANT NAME:**     MARCO CASTRO-CRUZ,

a/k/a Juan Ramirez-Perez,

a/k/a Guero

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_ X _ Cheyenne_____ Casper        _____ Lander        ___ No Preference

**VICTIM:**              _ X _ Yes        ___ No

**SEAL CASE:**          _ X _ Yes        ____No

**PENALTIES AND OFFENSES:**

**OFFENSE:    Ct. 1:      21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)**
**(Conspiracy to Distribute Heroin Resulting in Death)**

**PENALTIES:**          20 YEARS TO LIFE IMPRISONMENT
$1,000,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:    Ct. 2:      21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2**
**(Aiding and Abetting the Distribution of Heroin Resulting in Death)**

20 YEARS TO LIFE IMPRISONMENT
$1,000,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTAL PENALTIES:      40 YEARS TO LIFE IMPRISONMENT**
**$2,000,000 FINE**
**3 YEARS SUPERVISED RELEASE**
**$300 SPECIAL ASSESSMENT**

**AGENT:**        Special Agent Kevin M. Curry, DEA
Special Agent Troy Bartel, Wyoming DCI

**SPECIAL AUSA:**        Guy Till
District of Colorado        Bradley W. Giles

**ESTIMATED TIME OF TRIAL:**

_____  five days or less

__X__  over five days

**THE GOVERNMENT:**

__X__  will

_____  will not

**SEEK DETENTION IN THIS CASE.**

**INTERPRETER NEEDED:**

__X__  Yes

_____  No

__X__  The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions

*Request for trial in Cheyenne*