**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 17-cr-00334-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**MARCO CASTRO-CRUZ,**

      Defendant.
_____

**GOVERNMENT REPLY TO DEFENDANT'S "OBJECTION TO PRESENTENCE
INVESTIGATION REPORT" (DOC. #9)**
_____

      The United States, by United States Attorney Robert C. Troyer, through Special Attorney Guy Till (Government), respectfully files this Reply to Mr. Castro-Cruz's Objection to Presentence Investigation Report (DOC. #9)(Objection), filed December 28, 2017.  The Government respectfully states and represents to the Court as follows:

      1.    The defendant's proposed corrections and objections presented in the Objection (DOC. #9) are essentially the same as the proposed corrections and objections in the defendant's Objection to Presentence Investigation Report (DOC. #1991) filed in case number 14-cr-00144-CMA.

      2.    In the interest of economy, rather than rehearse the Government's response in the present case, the Government here respectfully asks to incorporate the Government response filed in case number 14-cr-00144, and respectfully asks the Court to consider the content of the Government Reply (DOC. #2007) filed in case

number 14-cr-00144 as the Government's reply to the defendant's Objection (DOC. #9) in the above captioned and styled case number 17-cr-00334-CMA.

3. Very briefly, the Government submits that the Guidelines adjustments and calculations made by the U.S. Probation Department in the Presentence Investigation Report are valid and are supported by evidence in the case.

4. The Government respectfully asks for sentences in this case and case number 14-cr-00144-CMA consistent with the plea agreements on file for Mr. Marco Castro-Cruz in both cases.

Respectfully submitted this 8th day of January, 2018.

ROBERT C. TROYER
United States Attorney

By: *s/Guy Till*
GUY TILL
Special Attorney for the United States
Assistant United States Attorney
United States Attorney's Office
1801 California, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Guy.Till@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of January, 2018, I electronically filed the foregoing **GOVERNMENT REPLY TO DEFENDANT'S "OBJECTION TO PRESENTENCE INVESTIGATION REPORT" (DOC. #9)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov