Attachment
17-cr-00334-CMA



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Human Resources Staff | *Suite 8017, Bicentennial Building*  *600 E Street, NW*  *Washington, DC 20530* | *(202) 252-5300*  *FAX (202) 252-5301*

June 20, 2017

Mr. Bradley Giles
Assistant United States Attorney
District of Colorado
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Dear Mr. Giles:

Pursuant to 28 U.S.C. § 515 and a request from your office, effective July 3, 2017, your appointment as a Special Attorney is extended not to exceed July 2, 2018. You will continue to serve as a Special Attorney to the United States Attorney General in the District of Wyoming.

This extension is subject to the terms and conditions of your original appointment under 28 U.S.C. § 515, dated July 3, 2013.

You must file a copy of this letter with the Clerk of the District Court to evidence this extension. Any questions concerning this extension should be addressed to Nicole West, SAUSA Program Assistant, Operations Division.

Sincerely,

*Valarie M. Mulcahy*

Valarie D. Mulcahy
Assistant Director
Human Resources Staff
Operations Division