FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

June 25, 2018

Elisabeth A. Shumaker  
Clerk of Court

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1057 |
| MARCO CASTRO-CRUZ, a/k/a Juan Ramirez-Perez, a/k/a Guero, | (D.C. No. 1:17-CR-00334-CMA-1) (D. Colo.) |
| Defendant - Appellant. | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1058 |
| MARCO CASTRO-CRUZ, a/k/aJuan Ramirez-Perez, a/k/a Manuel Castro Cruz, a/k/a Rogelio Martinez Escalante, a/k/a Guero, | (D.C. No. 1:14-CR-00144-CMA-4) (D. Colo.) |
| Defendant - Appellant. | |

_____

## ORDER
_____

Appellant's motion to dismiss these matters is granted. *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk