**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　June 25, 2018　　　　　　　Chief Deputy Clerk

Mr. Rick E. Bailey
Conlee, Schmidt & Emerson
200 West Douglas Avenue, Suite 300
Wichita, KS 67202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Paul Farley
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

**RE:**　　**18-1057, 18-1058, United States v. Castro-Cruz**
　　　　　　Dist/Ag docket: 1:17-CR-00334-CMA-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

EAS/lg